## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON FITZGERALD HENRY, | : | Civil No. 3:16-cv-2451 |
| | : | |
| Petitioner | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| LORETTA LYNCH, *et al.*, | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this _12th_ day of January, 2017, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1.   The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania.

2.   Disposition of the application to proceed *in forma pauperis* (Doc. 4) is left to the discretion of the transferee court.

3.   The Clerk of Court is further directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge